Bluefly Acquisition, LLC
Case No. 19-10207 (CSS)

Exhibit A

| Check Number | Check Date | Name | Amount | Clear Date |
|---|---|---|---|---|
| 930966 | 12/5/2018 | GAFFOS | $46,093.09 | 12/5/2018 |
| 931009 | 1/4/2019 | GAFFOS | $59,109.35 | 1/4/2019 |
| | | | **Total $105,202.44** | |