# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Bluefly Acquisition, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Case No. 19-10207 (CSS) |
| | ) | |
| _____ | ) | |
| Jeoffrey L. Burtch, Chapter 7 Trustee, | ) | |
| | ) | Adv. Pro. No. 21-50061 (CSS) |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Gaffos Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| | |
|---|---|
| Address of Clerk: | 824 Market Street, 3rd Floor<br>Wilmington, DE 19801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| | |
|---|---|
| Name and Address of Plaintiff's Attorney: | M. Claire McCudden, Esquire<br>LAW OFFICE OF SUSAN E. KAUFMAN, LLC<br>919 North Market Street, Suite 460<br>Wilmington, DE 19801<br>(302) 472-7420 Phone / (302) 792-7420 Fax<br>cmccudden@skaufmanlaw.com |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| Address: | 824 Market Street, 5th Floor, Courtroom #6<br>Wilmington, DE 19801 |
| Date and Time: | March 10, 2021 at 11:00 a.m. |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy
Court for the District
of Delaware**

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

Date: January 29, 2021