# CERTIFICATE OF SERVICE

I, <u>    M. Claire McCudden    </u>, certify that I am, and at all times during the service of process was,
             (name)
not less than 18 years of age and not a party to the matter concerning which service of process was made. I further

certify that the service of this summons and a copy of the complaint was made <u>January 29, 2021</u> by:
                                                                                                                (date)

[X] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

| **Attention Officer / Director**<br>**Gaffos Inc.**<br>**40 Bayview Avenue**<br>**Inwood, NY 11096** | **Gaffos Inc.**<br>**c/o United States Corporation Agents, Inc.**<br>**7014 13th Avenue**<br>**Suite 202**<br>**Brooklyn, NY 11228** |
|---|---|

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                                (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

<u>January 29, 2021</u>                                                                     */s/ M. Claire McCudden*
     Date                                                                                         Signature

| | |
|---|---|
| Print Name: | M. Claire McCudden |
| Business Address: | Law Office of Susan E. Kaufman, LLC<br>919 N. Market Street, Suite 460 |
| City: Wilmington | State: DE    Zip: 19801 |