# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| Bluefly Acquisition, LLC, ) | Chapter 7 |
| ) | |
| Debtor. ) | Case No. 19-10207 (CSS) |
| ) | |
| Jeoffrey L. Burtch, Chapter 7 Trustee, ) | |
| ) | Adv. Pro. No. 21-50061 (CSS) |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| Gaffos Inc., ) | |
| ) | **Related Docket Nos. 1 and 2** |
| Defendants. ) | |
| ) | |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between Jeoffrey L. Burtch, Chapter 7 Trustee (the "Plaintiff") and Gaffos Inc. (the "Defendant"), that the time within which Defendant must answer, move, or otherwise respond to the Complaint is extended up to and through March 29, 2021.

IT IS FURTHER STIPULATED AND AGREED that Defendant (i) waives the right to challenge the Complaint for insufficient service of process under Federal Rule of Civil Procedure 12(b)(5), as applied through Federal Rule of Bankruptcy Procedure 7012, (ii) concede that the Plaintiff is the real party in interest within the meaning of Federal Rule of Civil Procedure 17 and (iii) concedes that Defendant are the proper party defendant as named in the Complaint.

IT IS FURTHER STIPULATED AND AGREED that Defendant has the right to raise any and all other defenses including, but not limited to, those under Federal Rules of Civil Procedure 12(b) not otherwise waived herein.

| WHITE & WOLNERMAN, PLLC | LAW OFFICE OF SUSAN E. KAUFMAN, LLC |
|---|---|
| /s/ David Wolnerman<br>David Y. Wolnerman, Esquire<br>950 Third Ave., 11th Floor<br>(212) 308-0603<br><br>dwolnerman@wwlawgroup.com<br><br>Counsel to Gaffos Inc.<br><br>Dated: March 11, 2021 | */s/ M. Claire McCudden*<br>M. Claire McCudden, Esquire (DSB# 5036)<br>919 North Market Street, Suite 460<br>Wilmington, DE 19801<br>(302) 472-7420<br>(302) 792-7420 Fax<br>cmccudden@skaufmanlaw.com<br><br>Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee<br><br>Dated: March 11, 2021 |